92 F.3d 1172
 Steven D. Sitkoff, Bernice E. Sitkoff, as Parents of,
Jessica Sitkoff, Estate of Gwyn Allison Sitkoff
v.
BMW of North America, Inc., Bavarian Motor Works, A.G. v.
Estate of Roslyn Schreiber, Estate of Myron Schreiber,
Commonwealth of Pennsylvania, Department of Transportation,
John Doe, No. 1, John Doe, No. 2, John Doe, No. 3
 NO. 95-2095
 United States Court of Appeals,
Third Circuit.
 July 25, 1996
 
 Appeal From: E.D.Pa., No. 93-cv-03804,
 Troutman, J.
 
 
 1
 AFFIRMED.